**Order entered January 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00602-CR

**CHRISTOPHER LEN BARBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-35500-V**

## ORDER

Appellant's January 13, 2015 motion to extend the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **February 12, 2015**.

Appellant has also filed an "objection to the record on appeal." We construe the objection as a motion to supplement the clerk's record and, so construed, it is **GRANTED**.

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing appellant's motion to suppress evidence.

/s/    LANA MYERS
        JUSTICE